IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCIS L. MILLER, Administrator of the Estate of Christina L. Miller, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) No._____ |
| v. | )<br>)<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

## COMPLAINT

Comes now Plaintiff, Francis L. Miller, Administrator of the Estate of Christina L. Miller, deceased, and states:

### COUNT I - Negligence of James Nanney, PA-C

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed her medication.

4. Southern Illinois Healthcare Foundation operates the Bunker Hill Health Care Center where James Nanney is employed. The Southern Illinois Healthcare Foundation is a federally qualified healthcare agency insured by the United States of America and, pursuant to federal law,

subject to suit only under the Federal Tort Claims Act. This action is brought under the Federal Tort Claims Act 28 U.S.C. 1346(b).

5. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

6. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

7. Prior to giving the prescription, Mr. Nanney, on information and belief, did not consult with a physician.

8. Mr. Nanney's actions deviated from the standard of care in the following ways:

    a) Christina L. Miller had severe lung disease. Nanney was negligent in prescribing Inderal to a patient with severe lung disease;

    b) he did not examine her prior to prescribing Inderal over the telephone;

    c) he prescribed Inderal when the reason for the elevated blood pressure was not clear;

    d) he prescribed a starting dosage of Inderal, 80 milligrams twice daily, at an excessive level;

    e) he failed to consult with a physician prior to prescribing Inderal.

9. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

10. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At

that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

11. As a result of the foregoing, Christina L. Miller died. As a result thereof, the family lost the future earnings and earning capacity of Christina L. Miller. In addition, Mr. Miller and his children, Francis, Justin, Thomas and Melissa, lost the love, affection, society and companionship of their Mother and the services their Mother provided for them. In addition, Mr. Miller suffered the loss of services, consortium, companionship, love and affection and future earnings and future earning capacity of his deceased wife, all to their damage in the amount of Three Million and 00/100 Dollars ($3,000,000.00).

12. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

13. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, James Nanney, in an amount of Three Million and 00/100 Dollars ($3,000,000.00) , plus costs of suit.

### COUNT II - Negligence of James Nanney - SURVIVAL ACTION

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen

primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed her medication.

4. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

5. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

6. Prior to giving the prescription, Mr. Nanney, upon information and belief, did not consult with a physician.

7. Mr. Nanney's actions deviated from the standard of care in the following ways:

    a) Christina L. Miller had severe lung disease. Nanney was negligent in prescribing Inderal to a patient with severe lung disease;

    b) he did not examine her prior to prescribing Inderal over the telephone;

    c) he prescribed Inderal when the reason for the elevated blood pressure was not clear;

    d) he prescribed a starting dosage of Inderal, 80 milligrams twice daily, at an excessive level;

    e) he failed to consult with a physician prior to prescribing Inderal.

8. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

9. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At

that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

10. Christina L. Miller survived for a period of time and suffered conscious pain and suffering during her death agony as a result of the foregoing, to her damage and the damage of her estate in the amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00).

11. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

12. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, James Nanney, in an amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00), plus costs of suit.

## COUNT III- RESPONDENT SUPERIOR

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed her medication.

4. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health

Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

5. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

6. Prior to giving the prescription, Mr. Nanney, on information and belief, did not consult with a physician.

7. Mr. Nanney's actions deviated from the standard of care in the following ways:

    a) Christina L. Miller had severe lung disease. Nanney was negligent in prescribing Inderal to a patient with severe lung disease;

    b) he did not examine her prior to prescribing Inderal over the telephone;

    c) he prescribed Inderal when the reason for the elevated blood pressure was not clear;

    d) he prescribed a starting dosage of Inderal, 80 milligrams twice daily, at an excessive level;

    e) he failed to consult with a physician prior to prescribing Inderal.

8. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

9. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

10. As a result of the foregoing, Christina L. Miller died. As a result thereof, the family lost

the future earnings and earning capacity of Christina L. Miller. In addition, Mr. Miller and his children, Francis, Justin, Thomas and Melissa, lost the love, affection, society and companionship of their Mother and the services their Mother provided for them. In addition, Mr. Miller suffered the loss of services, consortium, companionship, love and affection and future earnings and future earning capacity of his deceased wife, all to their damage in the amount of Three Million and 00/100 Dollars ($3,000,000.00).

11. At the time and place of the occurrence, Defendant, James Nanney was an agent of the Southern Illinois Healthcare Foundation and the Bunker Hill Health Care Center.

12. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

13. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, Southern Illinois Healthcare Foundation and the Bunker Hill Health Care Center, in an amount of Three Million and 00/100 Dollars ($3,000,000.00), plus costs of suit.

## COUNT IV - Respondent Superior - Survival Action

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed

her medication.

4. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

5. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

6. Prior to giving the prescription, Mr. Nanney, upon information and belief, did not consult with a physician.

7. Mr. Nanney's actions deviated from the standard of care in the following ways:

    a) Christina L. Miller had severe lung disease. Nanney was negligent in prescribing Inderal to a patient with severe lung disease;

    b) he did not examine her prior to prescribing Inderal over the telephone;

    c) he prescribed Inderal when the reason for the elevated blood pressure was not clear;

    d) he prescribed a starting dosage of Inderal, 80 milligrams twice daily, at an excessive level;

    e) he failed to consult with a physician prior to prescribing Inderal.

8. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

9. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's

Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

10. In addition, Christina L. Miller survived for a period of time and suffered conscious pain and suffering during her death agony, to her damage in the amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00).

11. At the time and place of the occurrence, Defendant, James Nanney was an agent of the Southern Illinois Healthcare Foundation and the Bunker Hill Health Care Center.

12. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

13. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, Southern Illinois Healthcare Foundation and Bunker Hill Health Care Center, in an amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00), plus costs of suit.

### COUNT V - Negligence of SOUTHERN ILLINOIS HEALTHCARE FOUNDATION

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed her medication.

4. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

5. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

6. Prior to giving the prescription, Mr. Nanney appears, upon information and belief, did not consult with a physician.

7. Southern Illinois Healthcare Foundation's was negligent in one or more of the following ways:

    a) it failed to provide a supervising physician for Physicians Assistant James Nanney;

    b) it negligently failed to provide a back-up physician for the healthcare clinic in Bunker Hill, Illinois, with whom Mr. Nanney could consult.

8. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

9. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

10. As a result of the foregoing, Christina L. Miller died. As a result thereof, the family lost the future earnings and earning capacity of Christina L. Miller. In addition, Mr. Miller and his

children, Francis, Justin, Thomas and Melissa, lost the love, affection, society and companionship of their Mother and the services their Mother provided for them. In addition, Mr. Miller suffered the loss of services, consortium, companionship, love and affection and future earnings and future earning capacity of his deceased wife, all to their damage in the amount of Three Million and 00/100 Dollars ($3,000,000.00).

11. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

12. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, Southern Illinois Healthcare Foundation and Bunker Hill Health Care Center, in an amount of Three Million and 00/100 Dollars ($3,000,000.00), plus costs of suit.

## COUNT VI - Negligence of Southern Illinois Healthcare Foundation - Survival Action

1. On or about May 18, 2015, Christina L. Miller, deceased, and Francis L. Miller, her husband and Administrator of her estate, were residents of Cottage Hills, Madison County, Illinois.

2. James Nanney was a physicians assistant at the Bunker Hill Health Care Center, part of the Southern Illinois Healthcare Foundation, a federally qualified healthcare agency.

3. Mrs. Christina L. Miller was a patient of Bunker Hill Health Care Center and was seen primarily by Physicians Assistant, James Nanney, who did much of her primary care and prescribed her medication.

4. On or about May 18, 2015, Christina L. Miller was suffering from a headache and had been so suffering for three days. Mr. Miller at that time called Mr. Nanney at the Bunker Hill Health

Care Center. At that time, Mr. Miller and his wife took Mrs. Miller's blood pressure which was in the cystolic range of 160's and a diastolic pressure of 99. Her pulse rate was 120.

5. Physicians Assistant James Nanney then prescribed Inderal (Propanalol) told her to take one as soon as the prescription was picked up and one the following morning.

6. Prior to giving the prescription, Mr. Nanney appears, upon information and belief, did not consult with a physician.

7. Southern Illinois Healthcare Foundation's was negligent in one or more of the following ways:

    a) it failed to provide a supervising physician for Physicians Assistant James Nanney;

    b) it negligently failed to provide a back-up physician for the healthcare clinic in Bunker Hill, Illinois, with whom Mr. Nanney could consult.

8. Plaintiff has attached a report of an appropriate healthcare professional so stating in Exhibit A attached hereto.

9. As a result, the next morning was the first time Mrs. Miller was able to take the Inderal. She then took a nap. She woke up a half hour to an hour later and used her Albuterol inhaler. At that time, her face turned blue and she became unresponsive. CPR was attempted by Mr. Miller's Mother until EMS arrived. She was then taken to Alton Memorial Hospital but could not be resuscitated and died on May 19, 2015.

10. Christina L. Miller survived for a period of time and suffered conscious pain and suffering during her death agony to her damage in the amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00).

11. On or about March 28, 2017, Plaintiff filed the attached claim, marked Exhibit B, under the Federal Tort Claims Act with the United States of America.

12. On or about February 7, 2018, the United States of America denied said claim via the attached Exhibit C.

WHEREFORE, Plaintiff prays for judgment against Defendant, Southern Illinois Healthcare Foundation and Bunker Hill Health Care Center, in an amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00), plus costs of suit.

/s/Ronald A. Roth
Ronald A. Roth   #03122075
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 200
Granite City, IL 62040
#618/931-5000
Fax #618/931-6474
E-mail: raroth@rothlaw.com
Attorney for Plaintiff